

**COURT OF CRIMINAL APPEALS**

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 15 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

April 14, 2015

District Attorney Anderson County
Doug Lowe
500 North Church Street
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

James Wesley Volberding
100 East Ferguson, Suite 500
Tyler, TX 75702-7370
* DELIVERED VIA E-MAIL *

**Re:** PRIDGEN, ROBERT LYNN
**CCA No.** PD-0186-15
**Trial Court Case No.** 29956

**COA No.** 12-13-00136-CR

Dear District Attorney Anderson County:

This letter is to serve notice, pursuant to Texas Rules of Appellate Procedure 9.10(c), that the Court has identified sensitive data or items that have been determined should be sealed in the above referenced case. The items are listed in the Court's order which is enclosed herewith.

Comments or objections to the Court's order are due within 10 days of the date of the order.

Sincerely,

Abel Acosta, Clerk

cc:    12th Court Of Appeals Clerk (DELIVERED VIA E-MAIL)



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0186-15

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 15 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

**ROBERT LYNN PRIDGEN, Appellant**

v.

**THE STATE OF TEXAS**

## ORDER PURSUANT TO TEXAS RULES OF
## APPELLATE PROCEDURE RULE 9.10

*Per curiam.*

## ORDER

This cause is before this Court on petition for discretionary review from court of appeals case number 12-13-00136-CR, trial court case number 29956 in the 3rd District Court of Anderson County.

The Clerk of this Court has discovered sensitive data in the record, namely: sexually explicit photographs. TEX. R. APP. P. Rule 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to seal the discovered sensitive

data from the records identified and listed below. The Court further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal the documents pursuant to this order:

1. Appellant's Petition for Discretionary Review

2. Appellant's Amended Petition for Discretionary Review

Filed: April 14, 2015

Do not publish